People v Lopez-Contreras (2022 NY Slip Op 05392)

People v Lopez-contreras

2022 NY Slip Op 05392

Decided on September 30, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 30, 2022
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CENTRA, PERADOTTO, AND NEMOYER, JJ.

592 KA 17-00686

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
EFRAIN G. LOPEZ-CONTRERAS, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

MARK D. FUNK, CONFLICT DEFENDER, ROCHESTER (KATHLEEN P. REARDON OF COUNSEL), FOR DEFENDANT-APPELLANT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered February 14, 2017. The judgment convicted defendant, upon a plea of guilty, of aggravated vehicular homicide, manslaughter in the second degree, and aggravated driving while intoxicated. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Lopez-Contreras ([appeal No. 1] — AD3d — [Sept. 30, 2022] [4th Dept 2022]).
Entered: September 30, 2022
Ann Dillon Flynn
Clerk of the Court